

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**OSMAN RODRIGUEZ,**<br><br>Defendant. | Case No.: 14-CR-2262-GT<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY ORDERED** upon joint motion having been filed and good cause appearing, that the Sentencing Hearing with Presentence Report presently set for Wednesday, December 3, 2014, at 9:30 a.m. be continued to **Tuesday, December 23, at 9:30 a.m.**

**SO ORDERED.**

Dated: 12/1/14

HONORABLE GORDON THOMPSON, JR.
United States District Judge